Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-781

**Effective Date of Registration:**
March 04, 2025
**Registration Decision Date:**
May 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | ART1087 - Welcome Spring Flowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | March 01, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Diane Kater |
| **Pseudonym:** | Diane Arthurs |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Diane Kater |
| | 8172 Quarry Circle, Chagrin Falls, OH, 44023, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Diane Kater |
| **Email:** | diarthurs5@aol.com |
| **Address:** | 8172 Quarry Circle |
| | Chagrin Falls, OH 44023 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 04, 2025 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-141

**Effective Date of Registration:**
March 04, 2025

**Registration Decision Date:**
May 05, 2025

---

## Title

**Title of Work:** ART1204 - Snowy Gnome with Present

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 13, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Diane Kater
  **Pseudonym:** Diane Arthurs
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Diane Kater
8172 Quarry Circle, Chagrin Falls, OH, 44023, United States

## Rights and Permissions

**Name:** Diane Kater
**Email:** diarthurs5@aol.com
**Address:** 8172 Quarry Circle
Chagrin Falls, OH 44023 United States

## Certification

**Name:** David Denholm
**Date:** March 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-099

**Effective Date of Registration:**
March 04, 2025
**Registration Decision Date:**
May 05, 2025

---

## Title

**Title of Work:** ART1050 - Plaid Snowman and Santa

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 22, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Diane Kater
  **Pseudonym:** Diane Arthurs
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Diane Kater
8172 Quarry Circle, Chagrin Falls, OH, 44023, United States

## Rights and Permissions

**Name:** Diane Kater
**Email:** diarthurs5@aol.com
**Address:** 8172 Quarry Circle
Chagrin Falls, OH 44023 United States

## Certification

**Name:** David Denholm
**Date:** March 04, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-779**

**Effective Date of Registration:**
March 04, 2025
**Registration Decision Date:**
May 08, 2025

---

## Title

**Title of Work:**   ART968 - Home Love Family Glass Jars

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   April 14, 2016
**Nation of 1st Publication:**   United States

## Author

**Author:**   Diane Kater
**Pseudonym:**   Diane Arthurs
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Diane Kater
8172 Quarry Circle, Chagrin Falls, OH, 44023, United States

## Rights and Permissions

**Name:**   Diane Kater
**Email:**   diarthurs5@aol.com
**Address:**   8172 Quarry Circle
Chagrin Falls, OH 44023 United States

## Certification

**Name:**   David Denholm
**Date:**   March 04, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-146

**Effective Date of Registration:**
March 04, 2025
**Registration Decision Date:**
May 05, 2025

---

## Title

**Title of Work:** ART1218 - Reindeer and Snowman Friends

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 19, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Diane Kater
  **Pseudonym:** Diane Arthurs
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Diane Kater
8172 Quarry Circle, Chagrin Falls, OH, 44023, United States

## Rights and Permissions

**Name:** Diane Kater
**Email:** diarthurs5@aol.com
**Address:** 8172 Quarry Circle
Chagrin Falls, OH 44023 United States

## Certification

**Name:** David Denholm
**Date:** March 04, 2025

Page 1 of 2

