**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DIANE KATER,

     Plaintiff,                                   Case No.: 1:25-cv-15650

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | ZhengYangXianJianXinGongChengYouXianGongSi |
| 2 | Lin Decor |
| 3 | YunNanZiBin |
| 4 | jiangmenshijunhuiqichefuw |
| 5 | aigjinu |
| 6 | HengYangXianZhaoWanShangMaoYouXianGong |
| 7 | JJIWE |
| 8 | DaFengXinXingJianCai |
| 9 | KaiWeiJianZhuGongChengChang |
| 10 | wngob |
| 11 | ywyxgs |
| 12 | zhoukouguixinshangmaoyouxiangongsi |
| 13 | AnZhenJianZhuGongCheng |
| 14 | ShiChiSiWenSanaoYuXiaGongSi |
| 15 | luoheminfushangmaoyou |
| 16 | ZhuZhouLeiLiHuaMaoYiYouXianGongSi |
| 17 | xuesongchengzhe |
| 18 | 小原子精品 |
| 19 | LLIANHH |
| 20 | 户外辉手电品 |
| 21 | henanbaochangjianshegongcheng |
| 22 | jemd |

1

| 23 | ZHNEG |
| 24 | zhuzhouhuixiashangmaoyouxiangongsi |
| 25 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 26 | nanxindege |
| 27 | 范书柜收纳 |
| 28 | GuangZhouYueRanDianShangYouXianGongSi |
| 29 | Tie Fa Shi Ye |
| 30 | fafsgsgsrafafasf |